ATTORNEY GENRaL COPY.

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Tyrone Quinn   375731__
   (Name of Plaintiff)   (Inmate Number)

__Del. Correctional Center  1181__
__Paddock Rd. Smyrna, Del. 19977__
   (Complete Address with zip code)

06 - 221

(2) _____
   (Name of Plaintiff)   (Inmate Number)

   (Case Number)
   (to be assigned by U.S. District Court)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Nicole M. Walker__

(2) _____

(3) _____
   (Names of Defendants)

CIVIL COMPLAINT

• • Jury Trial Requested

FILED
APR - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

BD Scanned
IFP

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __1:06-CV-75     2006__
   __Civ. No. 06-75-KAJ__
   __Judicial Officer: Kent A. Jordan   (KAJ)__

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ··Yes  ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ··Yes  ··No

C. If your answer to "B" is Yes:

1. What steps did you take? WRote Public Defender Supervior, Displinary Counsel office, also Filed (PRO SE) Rule 26"

2. What was the result? No Responds. the Displinary Counsel office see They do Not Do Counsel Complaints.

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Nicole M. Walker

Employed as Public Defendant at Public Defendant office

Mailing address with zip code: Public Defendant of the State of Del. Carvel State office Building 820 N. French St. Third Floor Wilm, Del. 19801

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I Tyrone Quinn was Deprived of a Federal Right to a Fair Trial, I was Deprived Due Process of law that grantees me By the Sixth Amendment and Fifth Amend. of an Attorney with ordinary training and skill in the Criminal law, when Defendant Ms Nicole M. Walker failed to call

2. my only evidence to the Stand, By the Sworn testimony of my witness, Before the Court of to Rep. my Defense, that led me to Be found guilty on the Charges Against Me. the Defend.

3. Responsible Involved is Nicole M. Walker, that R me on 5/19/05 and 5/20/05 at the Superior Court In the State of Del. Befor Juge Ms. Mary Jhn In Criminal Action No. IN04111983. (ID 4A01396 Assult Det. Facil. Defendant Attorney Failed

SEE BACK P

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the Court of law to seek Approxmu point Five "2.5 million Dollars, In Compensatory Damages from above Defendant, for the Cost of Conviction Due to Counsel who Coasted Deprivation. under Color of State law, and Due process on tr very day of 5/20/05 and 3/28/06 also for the C of my Mental Anguish In Housed at a Max Secu Unity. all Legal Fee's to Be handle at the expe Defendant.

subpna my witness and Failed to cross-examine as well. Attorney also Failed to Defend my Decisions of Not guilty presentin to the Court, and Jury that my acts was not Intentionally when I told her to Present my case on Not gui, Beyon Resonble Dubt only.

2) Statement of clam.

I wrote the Superior Court on Oct. 18 2005 with a Affida Requesting to Proceed 'PRO SE' Pursuent to Rule 26(d)iii and Court granted my Requst in gave me a New "Assistantin Lawyer" Name MR. Loren C. Meyers he has Been my Counsl Since Oct. 18 2005. On Dec. 5 2005 my old lawyer Ms. Nicole M. Walker Filed my "Applenents Reply Briefs" to the Suprem Court on my Behave, when I already Discharged her From my case months Rarter, and moved toward "Pro Se". She Volat "Intentionally volated my Rights to Due Process and She was Ineffect assistance of counsel also. I excussed her From my case Because she was knen (then) Inreffective in Deprivin me my R. and Failed to cross-exam my witness, and Failed to Dusc my Appeal with me First Befor Filen It out on my Behave. She filed my Reply Briefs also to the Supreme Court, on SAme grounds I DID Not whont witnout agian Duscussi what She was Duing. and Because of her Actions in Deprivations, my Conlveetion was AFFirmed on Direct Appeal In the Supreme Court of Law on that very day of 2/28/06.

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __29th__ day of __MaRCh__, 2006.

__Tyronne Quinn__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M TYRONE QUINN
SBI# 375737  UNIT 19  SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

to: CLERK
U.S. District Court
Lockbox 18
844 N. King St  Wilm DE
19801

LEGAL MAIL